**AFFIRM as REFORMED** and Opinion Filed July 24, 1997



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-96-01382-CR

**TERRY LANE WEBB, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F91-31876-VQ**

## OPINION PER CURIAM

Before Justices Maloney, Whittington, and Bridges

The trial court convicted Terry Lane Webb of indecency with a child and assessed a twenty year sentence. Appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978).

The grand jury indicted appellant for indecency with a child. Appellant pleaded guilty without benefit of a plea bargain. During appellant's plea hearing, the trial court admonished appellant in substantial compliance with article 26.13 of the code of criminal procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 26.13 (Vernon 1989 & Supp. 1997). Appellant waived his right to confront and cross-examine witnesses and executed a judicial confession. The trial court admitted appellant's judicial confession into evidence without objection. Appellant then testified he was guilty of "each and every element" of the offense charged. The trial court found the evidence sufficient to substantiate appellant's guilt, deferred any finding of guilt, and placed appellant on probation for a period of five years.

In May 1996, the State filed a motion to proceed with an adjudication of guilt, alleging appellant violated his probation by, among other things, committing a new offense, sexual assault.[1] Appellant pleaded true to the allegations in the State's motion. The trial court admitted appellant's signed plea of true into evidence and took judicial notice of the court's file and the evidence previously heard in the sexual assault case. The trial court found the allegations in the State's motion true, found appellant guilty of indecency with a child, and assessed a twenty year sentence. The sentence was within the permissible range of punishment.

Counsel delivered a copy of the brief to appellant. We advised appellant he had a right to file a pro se brief. Appellant did not file a pro se brief.

---

[1] The trial court heard the new sexual assault case (cause no. 05-96-01383-CR) and the motion to adjudicate in the same hearing. We address the appeal in cause number 05-96-01383-CR in a separate opinion.

We have reviewed the record and counsel's brief. We note that the judgment erroneously recites that the trial court assessed a $500 fine when sentencing appellant. The statement of facts does not reflect that the trial court assessed any fine as part of appellant's sentence. Nor does the court's docket sheet reflect imposition of a fine. We have the power to correct incorrect judgments when, as here, we have the necessary information to do so. *See Asberry v. State*, 813 S.W.2d 526, 529 (Tex. App.--Dallas 1991, pet. ref'd); *Graham v. State*, 693 S.W.2d 29, 30-31 (Tex. App.--Houston [14th Dist.] 1985, no pet.); *see also Tamez v. State*, 620 S.W.2d 586, 590 (Tex. Crim. App. [Panel Op.] 1981). Because the judgment in this case incorrectly recites the court imposed a fine when adjudicating appellant's guilt, we reform the trial court's judgment to delete the $500 fine. *See Blanco v. State*, 761 S.W.2d 38, 42 (Tex. App.--Houston [14th Dist.] 1988, no pet.); *Norman v. State*, 642 S.W.2d 251, 253 (Tex. App.--Houston [14th Dist.] 1982, no pet.).

We agree the appeal is otherwise frivolous and without merit. We find nothing in the record that might arguably support the appeal. We affirm the trial court's judgment, as reformed.

PER CURIAM

Do Not Publish
Tex. R. App. P. 90
961382F.U05

-3-



# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-96-01382-CR

TERRY LANE WEBB, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 204th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. F91-31876-VQ).
Opinion delivered per curiam, by Justices Maloney, Whittington, and Bridges.

## JUDGMENT

Based on the Court's opinion of this date, we **REFORM** the trial court's judgment as follows:

The judgment is reformed to delete the imposition of a $500 fine.

As reformed, we **AFFIRM** the trial court's judgment.

Judgment entered July 24, 1997.

FRANCES MALONEY
JUSTICE